# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-01071-CMA-KMT

WILLIAM ZIMMERLING,

    Plaintiff,

v.

WATERFIELD BANK, and
AFFINITY FINANCIAL CORPORATION,

    Defendants.

---

**ORDER REGARDING SUBSTITUTION OF RECEIVER AND
MOTION TO STAY PROCEEDINGS**

---

This matter is before the Court on Defendants' Unopposed Motion To Substitute FDIC As Receiver for Waterfield Bank and Partially Unopposed Motion To Stay Proceedings For Ninety Days (Doc. # 76). Upon review of the motion and the case file, the Court hereby ORDERS the motion granted in part and denied in part, as follows:

IT IS ORDERED that the FDIC is substituted as received for Defendant Waterfield Bank;

IT IS FURTHER ORDERED that, pursuant to 12 U.S.C. § 1812(d)(12), proceedings in this matter are stayed for 90 days, to and including October 12, 2010, against Defendant Waterfield Bank.

The Court notes that a stay of proceedings is opposed with respect to Affinity Financial Corporation. The Court further notes that Mr. Friesen's Unopposed Motion

to Withdraw as Counsel for Affinity Financial Corporation (Doc. # 68) was granted by this Court's Minute Order (Doc. # 69), dated June 15, 2010, and Mr. Friesen has no authority to act on behalf of Affinity. Therefore,

IT IS ORDERED that Motion To Stay Proceedings for Ninety Days (Doc. # 76) is DENIED as to Defendant Affinity Financial Corporation

DATED: July __16__, 2010

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge